# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WISE, an individual, | Case No.:   8:21-cv-01877-JLS-KES |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE (Doc. 14)** |
| DA SILVA LINING COMPANY, a California LLC; JEREMY DA SILVA, an individual; SPECIALTY OIL EXTRACTORS, a South Carolina LLC; NICHOLAS DELFRANCO, an individual; DOES 1 to 10, | |
| Defendants. | |

| | |
|---|---|
| 1 | |
| 2 | The Court, having reviewed the Stipulation of the Parties to Dismiss the |
| 3 | Complaint (Doc. 14), and good having been shown, ORDERS that this action is |
| 4 | hereby dismissed in its entirety with prejudice. |
| 5 | The Court further orders the Order to Show Cause [15] issued on February |
| 6 | 1, 2022 discharged. |
| 7 | IT IS SO ORDERED. |
| 8 | |
| 9 | DATED: February 14, 2022 |
| 10 | |
| 11 | |
| 12 | _____<br>HON. JOSEPHINE L. STATON<br>UNITED STATES DISTRICT JUDGE |